```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 00089
    CELESTINE J WEST
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3071

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/03/2007 and was confirmed 04/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

     The case was dismissed after confirmation 11/12/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG    22178.95            .00       22178.95
AMERICAS SERVICING COMPA  MORTGAGE ARRE     2241.98            .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS    SECURED NOT I        .00            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          5727.06            .00            .00
DISTRICT COUNSEL          NOTICE ONLY     NOT FILED            .00            .00
D PATRICK MULLARKEY       NOTICE ONLY     NOT FILED            .00            .00
UNITED STATES ATTORNEY    NOTICE ONLY     NOT FILED            .00            .00
ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED            .00            .00
AMERICAN EXPRESS          UNSECURED       NOT FILED            .00            .00
AMERICAN EXPRESS          UNSECURED       NOT FILED            .00            .00
ASPIRE VISA               UNSECURED       NOT FILED            .00            .00
CERTEGY                   UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON       NOTICE ONLY     NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          440.91            .00            .00
CREDIT ONE BANK           UNSECURED       NOT FILED            .00            .00
MICHAEL D FERREIRA        UNSECURED        10013.20            .00            .00
MIDNIGHT VELVET           UNSECURED          259.18            .00            .00
NATIONWIDE ACCEPTANCE~    UNSECURED       NOT FILED            .00            .00
RICKENBACKER              UNSECURED       NOT FILED            .00            .00
SALLIE MAE GUARANTEE SER  UNSECURED         3195.23            .00            .00
COMCAST                   UNSECURED          410.56            .00            .00
ROUNDUP FUNDING LLC       UNSECURED             .00            .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED            .00            .00
DAISY SCOTT               NOTICE ONLY     NOT FILED            .00            .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      306.33            .00         306.33
INTERNAL REVENUE SERVICE  UNSECURED          103.40            .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS    UNSECURED       NOT FILED            .00            .00
COUNTRYWIDE HOME LOANS    UNSECURED       NOT FILED            .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY       3,000.00                       363.99

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00089 CELESTINE J WEST
```

```
TOM VAUGHN                     TRUSTEE                              1,721.34
DEBTOR REFUND                  REFUND                                    .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  24,570.61

PRIORITY                                          306.33
SECURED                                        22,178.95
UNSECURED                                            .00
ADMINISTRATIVE                                    363.99
TRUSTEE COMPENSATION                            1,721.34
DEBTOR REFUND                                        .00
                         ---------------      ---------------
TOTALS                   24,570.61             24,570.61
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 02/25/09                    /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE